UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK E. MAHURIN,<br><br>                Plaintiff,<br><br>        vs.<br><br>BMW OF NORTH AMERICA, LLC, and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,<br><br>                Defendants. | CIVIL ACTION<br><br>CASE NO. 2:20-cv-1351-WSH<br><br>Honorable W. Scott Hardy |

## STIPULATION SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

### I. PROCESS

Select one of the following processes:

    __X__   Mediation
    _____   Early Neutral Evaluation (ENE)
    _____   Court sponsored Binding[1] Arbitration
    _____   Court sponsored Non-binding Arbitration
    _____   Other (please identify process and provider)

**If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

### II.  COSTS

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration. For that process, costs are paid by the Court in accordance with 28 USC §658.):

    __50__  % by Plaintiff(s)
    __50__  % by Defendant(s)
    _____   % by Third Party Defendant(s)

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private

---

[1] For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov

25446198v4

arbitrator, the Court will set reasonable compensation and costs.

### III. NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

| | |
|---|---|
| Name of Neutral: | Robert J. Behling |
| Address of Neutral: | 48 26th Street, Pittsburgh, PA 15222 |
| Telephone & FAX Numbers: | (412)-995-3193 \| 412-995-3300 (F) |
| Email address of Neutral: | rjbehling@burnswhite.com |
| **Date of ADR Session:** | To be determined (January 24 or February 4, 2022) |

The parties represent that they have contacted the selected prospective neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

### IV. PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel**, in accordance with **Section 2.7 (Attendance at Session)** of the Court's ADR Policies and Procedures:

| | |
|---|---|
| Chad Shannon | Jack E. Mahurin |
| Attorney for Plaintiff | Plaintiff |
| | |
| Matthew Berard and Jim Marrion | BMW NA LLC |
| Attorneys for BMW NA LLC | Defendant |
| | Eduardo Maximo Aviles |
| | Corporate Representative |

25446198v4

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**

### V.   ACKNOWLEDGMENT

We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated:  December 28, 2021         __/s/ Chad P. Shannon_____
                                  Attorney for Plaintiff

Dated:  December 28, 2021          /s/ *Matthew G. Berard*_____
                                  Attorney for Defendant BMW NA LLC


                                   /s/ *Jim F. Marrion*_____
                                  Attorney for Defendant BMW NA LLC